DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

Attorneys For Plaintiff
Days Inns Worldwide, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., formerly known as Days Inns of America, Inc., a Delaware Corporation, | HONORABLE DICKINSON R. DEBEVOISE Civil Action No. 06-5162 (DRD) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT AGAINST DEFENDANTS KRISHNA-VISION, LLC, SURESH PATEL A/K/A SURESH DAYAL, AND MAHESH PATEL A/K/A MEHESH DAYAL** |
| KRISHNA-VISION, LLC, an Alabama Limited Liability Company; SURESH PATEL A/K/A SURESH DAYAL, an individual; and MAHESH PATEL A/K/A MAHESH DAYAL, an individual, | |
| Defendants. | |

This matter having been opened to the Court by way of motion of plaintiff Days Inns Worldwide, Inc. ("DIW"), by its attorneys, Day Pitney LLP, seeking the entry of final judgment by

default against defendants Krishna-Vision, LLC ("Krishna-Vision"), Suresh Patel a/k/a Suresh Dayal ("Suresh"), and Mahesh Patel a/k/a Mahesh Dayal ("Mahesh") (collectively, "Defendants") pursuant to *Fed. R. Civ. P.* 55(b)(2); and it appearing that the Verified Complaint in this matter was filed on October 26, 2006, seeking damages as a result of the breach and premature termination of a License Agreement between DIW and Krishna-Vision and as a result of a breach of a personal guaranty executed by Suresh and Mahesh; and service of a copy of the Summons and Verified Complaint having been effectuated with respect to Krishna-Vision by personally serving Suresh, its registered agent, at 3611 Vicksburg Drive, Birmingham, Alabama on November 30, 2006; and service of a copy of the Summons and Verified Complaint having been effectuated with respect to Suresh by personally serving him at 3611 Vicksburg Drive, Birmingham, Alabama on November 30, 2006; and service of a copy of the Summons and Verified Complaint having been effectuated with respect to Mahesh by personally serving him at 3611 Vicksburg Drive, Birmingham, Alabama on November 30, 2006; and the time for Defendants to answer or otherwise respond to the Verified Complaint having expired; and Defendants having failed to interpose an Answer to the Verified Complaint; and it appearing that default was duly noted by the Clerk of the Court against Defendants on May 23, 2007 for Defendants' failure to plead or

otherwise defend in this action; and DIW having provided Defendants with notice of the within motion for default judgment and all supporting documentation; and the Court having reviewed the papers, and good cause having been shown:

**IT IS** on this \_\_1st\_\_ day of \_\_October\_\_, 2007,

**ORDERED, ADJUDGED AND DECREED** that final judgment is entered in favor of DIW and against defendants Krishna-Vision, LLC, Suresh Patel a/k/a Suresh Dayal, and Mahesh Patel a/k/a Mahesh Dayal, jointly and severally, in the total amount of $ \_\_559,960.33\_\_, comprised of the following:

    (a)    $236,116.44 for infringement damages (through August 4, 2006);

    (b)    $16,236.13 for Recurring Fees (principal plus interest calculated through October 1, 2007);

    (c)    $298,136.85 for liquidated damages (principal plus prejudgment interest calculated through October 1, 2007);

    (d)    $ \_\_0\_\_ for additional prejudgment interest on the liquidated damages and Recurring Fees for the period between October 1, 2007 and the date of this Order (calculated at the per diem rate of $103.95); and

      (e)    $9,470.91 for attorneys' fees and costs (through June 30, 2007); and it is further

**ORDERED, ADJUDGED AND DECREED** that beyond the date of this Final Judgment, post-judgment interest with respect to the total amount of this Final Judgment will continue to accrue at the rate allowed by law until the Judgment is paid in full; and it is further

**ORDERED, ADJUDGED AND DECREED** that upon entry of this Final Judgment, Counts Two, Four, Six, and Seven of the Verified Complaint against defendants Krishna-Vision, LLC, Suresh Patel a/k/a Suresh Dayal, and Mahesh Patel a/k/a Mahesh Dayal are dismissed.

                                                     _/s/ Dickinson R. Debevoise_
                                        DICKINSON R. DEBEVOISE, U.S.D.J.